THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EDGAR ESPINAL,

    Plaintiff,

v.                                     CASE NO. 4:13cv116-RH/CAS

D. YOUNG, J. HODGE,
OFFICER RIVERA, and
SERGEANT BRITT,

    Defendants.

_____/

## ORDER DENYING SUMMARY JUDGMENT
## AND SETTING PRETRIAL PROCEDURES

This case is before the court on the magistrate judge's report and recommendation, ECF No. 97. No objections have been filed.

The report and recommendation correctly concludes that summary judgment should be denied. This order denies the cross-motions for summary judgment, sets the case for trial, and establishes pretrial procedures.

IT IS ORDERED:

1.    The report and recommendation is accepted and adopted as the court's opinion.

2. The motions for summary judgment, ECF Nos. 73 and 75, are denied.

3. The trial is set for the two-week period that begins on Monday, December 7, 2015. A party with a conflict during that period must file a notice by September 28, 2015.

4. By October 5, 2015, each party must file a witness list and an exhibit list. No witness will be allowed to testify, and no exhibit will be admitted into evidence, unless included on a list that was properly filed. This requirement applies to all witnesses and exhibits, including those offered only in rebuttal or for impeachment.

5. A party must provide to another party—but need not file—any witness's address and a copy of any exhibit within 14 days after the other party so requests.

6. By October 5, 2015, each party must file a report for each expert witness who will be called at trial. The report must include a complete statement of all opinions the witness will express and the basis and reasons for them. No expert will be allowed to testify unless a report is properly filed. This requirement applies to all experts, including those called only in rebuttal or for impeachment.

7. A party who files a list or report as required by this order must also mail a copy of the list or report to the other side. The plaintiff must mail the list or

report to the defendant's attorney.  The defendant must mail the list or report to the plaintiff himself.

8. By separate notice, the clerk must schedule a pretrial conference by telephone for the first available date on or after October 19, 2015.

SO ORDERED on September 13, 2015.

                                            s/Robert L. Hinkle
                                            United States District Judge